**354-15**

Dear Sirs ( John Bailey, Jim R. Wright, M. Wilson);

Re: Trial Court Case #1235745D / Case #11-13-00052-CR

This is notification and a request that the time for the filing of a Petition for Discretionary Review be extended due to me not receiving notification to file the appeal on 03/24/15 and time lag to write to the appeal attorney via TDCJ mail system.

I am providing a copy of the Certified Correspondence Received statement I signed at TDCJ upon receiving the decision/information. I have emailed and mailed a request to Abe Factor, Attorney to file a PDR, however due to late notice, mail system, and time period I will need an extended date for the filing of the PDR.

Respectfully,

Jimmy Billingsley

#1830528 TDCJ#

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 20 2015

Abel Acosta, Clerk

# Texas Department of Criminal Justice
## CORRECTIONAL INSTITUTIONS DIVISION

### Certified Correspondence/ Package Received

**To:** All Concerned

**Date:** Cu-15  3-24-15

**From:** Mailroom

**Subject:** Certified Correspondence/ Package Received

On (date) 3-20-15    Offender Billingsly Jimmy Bernard

TDCJ number 1930528    received a letter/package that was

certified/registered/insured # _____

**OR**

shipped by Fed-Ex/ UPS/ USPS/ Other # 7013 1710 0000 6982 1238

From: Factor + Campbell Attorneys at Law
5719 Airport Frwy
Fort Worth TX 76117

Contents of package:

_____

_____

_____

_____

_____    3-24-15
Offender Signature                              Date

(Rev. 09/12)

To Whom it May Concern:                                    3-24-15

    Offender Billingsly Jimmy Bernard #1830528 did not receive legal mail from: Factor & Campbell Attorneys At Law
5719 Airport Frwy
Fort Worth TX 76117
until 3-24-15. This was sent certified # 7013 1710 0000 6482 1238 and signed for by Billingsly #1830528 on 3-24-15. He was not notified until 3-24-15. Mailroom staff was responsible for the delay in delivery of legal certified mail. If further explanation or information needed I can be reached at 936-348-3715 ext: 4213

                        Sincerely
                        Diane Cobb
                        Administrative Asst. III
                        Mailroom Supervisor